UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Edvin G. Barrera

Case No.: 19-23174
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__Barry W. Frost__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __September 24, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
1807 Silver Court
Hamilton, NJ
Value: $104,199.00

Liens on property:
Specialized Loan Servicing
$120,000.00
Grandville Arms Condo Association
$10,000.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost, Chapter 7 Trustee
Address: 3131 Princeton Pike, Bldg 5, Suite 110
Telephone No.: (609) 890-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Edvin G. Barrera  
    Debtor

Case No. 19-23174-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Aug 22, 2019  
    Form ID: pdf905    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.

```
db              +Edvin G. Barrera,    564 Emmett Avenue,    Trenton, NJ 08629-2116
cr              +Hyundai Capital America,    POB 269011,    Plano, TX 75026-9011
518337133      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: BANK OF AMERICA,    ATTN: BANKRUPTCY,    PO BOX 982238,
                 EL PASO, TX 79998)
518337135       +BEST BUY/CBNA,    50 NORTHWEST POINT ROAD,    ELK GROVE VILLAGE, IL 60007-1032
518337140       +CITIBANK/GOODYEAR,    CITIBANK CORP/CENTRALIZED BANKRUPTCY,    PO BOX 790034,
                 ST LOUIS, MO 63179-0034
518337141       +CITIFINANCIAL,    ATTN: BANKRUPTCY,    605 MUNN RD,    FORT MILL, SC 29715-8421
518337136       +Cambridge Property Management Services,    2584 Highway 9,    Howell, NJ 07731-3337
518337142       +Grandvilee Arms Condominium Ass,    AtCambridge Property Management Services,    2584 Highway 9,
                 Howell, NJ 07731-3337
518337134        Margo Barrera,    338 Genessis St,    Trenton, NJ 08611
518337150       +STERLING JEWELERS, INC.,    ATTN: BANKRUPTCY,    PO BOX 1799,    AKRON, OH 44309-1799
518337149       +Specialized Loan Servicing LLc,    8742 Lucent Blvd,    Suite 300,
                 Highlands Ranch, CO 80129-2386
518337154       +THRIFT INVESTMENT CORP,    ATTN: BANKRUPTCY DEPARTMENT,    720 KING GEORGE RD.,
                 FORDS, NJ 08863-1985
518337155       +VISA DEPT STORE NATIONAL BANK/MACY'S,    ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 23 2019 00:24:13     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 23 2019 00:24:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518337132       +E-mail/Text: ally@ebn.phinsolutions.com Aug 23 2019 00:23:35     ALLY FINANCIAL,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 380901,    BLOOMINGTON, MN 55438-0901
518337137       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 23 2019 00:27:01     CAPITAL ONE,
                 ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
518337143        E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Aug 23 2019 00:24:48
                 HYUNDAI MOTOR FINANCE,    ATTN: BANKRUPTCY,    PO BOX 20829,    FOUNTAIN CITY, CA 92728-0829
518337144       +E-mail/PDF: cbp@onemainfinancial.com Aug 23 2019 00:26:55     ONEMAIN FINANCIAL,
                 ATTN: BANKRUPTCY,    601 NW 2ND STREET,    EVANSVILLE, IN 47708-1013
518337146       +E-mail/PDF: cbp@onemainfinancial.com Aug 23 2019 00:26:55     ONEMAIN FINANCIAL,
                 ATTN: BANKRUPTCY,    PO BOX 3251,    EVANSVILLE, IN 47731-3251
518337147       +E-mail/PDF: cbp@onemainfinancial.com Aug 23 2019 00:26:30     ONEMAIN FINANCIAL,    PO BOX 1010,
                 EVANSVILLE, IN 47706-1010
518337151       +E-mail/Text: BKRMailOPS@weltman.com Aug 23 2019 00:23:55     STERLING JEWELERS/KAY JEWELERS,
                 ATTN: BANKRUPTCY,    375 GHENT RD,    AKRON, OH 44333-4601
518337152       +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 00:26:56     SYNCHRONY BANK,
                 ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
518337153       +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 00:26:57     SYNCHRONY BANK/ JC PENNEYS,
                 ATTN: BANKRUPTCY,    PO BOX 956060,    ORLANDO, FL 32896-0001
                                                                                                TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518337139*      +CAPITAL ONE,    ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
518337138*      +CAPITAL ONE,    ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
518337145*      +ONEMAIN FINANCIAL,    ATTN: BANKRUPTCY,    601 NW 2ND STREET,    EVANSVILLE, IN 47708-1013
518337148*      +ONEMAIN FINANCIAL,    ATTN: BANKRUPTCY,    PO BOX 3251,    EVANSVILLE, IN 47731-3251
518337156*      +VISA DEPT STORE NATIONAL BANK/MACY'S,    ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053
                                                                                               TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-3            User: admin                  Page 2 of 2              Date Rcvd: Aug 22, 2019
                                Form ID: pdf905              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
              Barry   Frost    trustee@teichgroh.com,    NJ94@ecfcbis.com;frost@remote7solutions.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Edvin G. Barrera rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```